## Kansas City Southern Ry. Co. v. Love *et al.*

### No. 606. Opinion Filed February 9, 1909.

#### (100 Pac. 22.)

1. **CORPORATION COMMISSION—Appeal from Orders—Procedure.** At any time within 12 months from the date a final order is made by the Corporation Commission, any proper party feeling aggrieved may prosecute an appeal therefrom by making application to the chairman of said commission for him, under the seal of said commission, to certify to this court all the facts upon which the action appealed from was based, and which may be essential for the proper decision of the appeal, together with such evidence introduced before, or considered by the commission as may be selected, specified, and required to be certified by any party in interest, as well as such other evidence so introduced or considered as the commission may deem proper to certify, and also a written statement of the reasons upon which the action sought to be appealed from is based, to be filed with the record of the case, which will constitute the record for review in this court.

2. **SAME—Motion for New Trial Not Necessary.** It is not necessary that a motion for a new trial be filed and presented to the commission in order to have this court, on appeal, determine the reasonableness and justness of the order of the commission from which the appeal is prosecuted.

(Syllabus by the Court.)

Application by the Kansas City Southern Railway Company for an order to J. E. Love, chairman, and the Corporation Commission, to certify facts on which a certain order issued by the commission was based. Awarded on condition.

Original application for an order directing the chairman of the Corporation Commission, or said commission, to certify, under the seal of said commission, to this court, all of the facts upon which order No. 105 was based, and which may be essential for a proper decision of the appeal from said order, together with such evidence introduced before or considered by the commission in making said order as may be selected, specified, and required to be certified by any party in interest, as well as such other evidence so introduced or considered as the commission may deem proper to certify, and also a written statement of the reasons upon which the action sought to be appealed from is based, and a copy of the complaint and answer and of the order in said action, and further for a supersedeas. Awarded on condition.

*Reed & McDonough,* for plaintiff.
*G. A. Henshaw,* Asst. Atty. Gen., for defendants.

WILLIAMS, C. J. (after stating the facts as above). The following questions are raised in this case: (1) May an appeal be taken from a final order of the Corporation Commission on a record certified in accordance with the provisions of section 22, art. 9 (section 234, Bunn's Ed.; page 259, Snyder's Ed.), of the Constitution of Oklahoma? (2) When shall a supersedeas be issued after the time prescribed by the commission in its order for a certain facility to be furnished has expired?

The first question has been decided in the affirmative in the case of the *Atchison, Topeka & Santa Fe Railway Company, Plaintiff v. J. E .Love, Chairman, and the Corporation Commission of the State of Oklahoma, Defendants* (No. 553, recently decided by this court) ante, p............, 99 Pac. 1081.

The question as to the granting of a supersedeas will be re-
.Vol. 23—15

served until the record has been properly certified to this court under the seal of the Corporation Commission by its chairman.

The order as to the certificate to be made by the chairman of the commission will be awarded as prayed for, but not issued at this time. If the chairman of the commission fails to make such certificate, under the seal of the commission, and such written statement, and transmit the same to the clerk of this court, in accordance with such request, upon advice of our conclusions, the plaintiff may renew its motion.

All the Justices concur.